# UNITED STATES DISTRICT COURT

District of ____Massachusetts____

WILLIAM RYAN, TRUSTEE, International
Union of Operating Engineers Local 4 Health
and Welfare Fund, ET ALS.

V.

LITTLETON ENVIRONMENTAL SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10140 GAO

TO: (Name and address of Defendant)

Littleton Environmental Services, Inc.
41 Robinson Road
Littleton, MA 01460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Randall E. Nash
11 Beacon Street, Suite 500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: JAN 21 2004

# RETURN OF SERVICE

| | DATE |
|---|---|



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 6, 2004

I hereby certify and return that on 2/5/2004 at 2:10PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to ADAM SAWYER, agent, person in charge at the time of service for LITTLETON ENVIRONMENTAL SERVICES, INC., at , 41 ROBINSON Road, LITTLETON, MA 01460. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($16.36) Total Charges $55.96

_____
Gerard N. Whitman
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

04 DD 3370