UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>WILLIAM RYAN, ETAL</u>                                          CIVIL ACTION
                **Plaintiff**
                                                                  NO.  <u>  04-10140-GAO</u>
        V.


<u>LITTLETON ENVIRONMENTAL SERVICES, INC.</u>
                **Defendant**


### NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>  WILLIAM RYAN</u> for an order of Default for failure of the Defendant, <u>**LITTLETON ENVIRONMENTAL SERVICES, INC.**</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u> 24 </u> day of <u>  JUNE 2004  </u>.


                                            TONY ANASTAS
                                            CLERK OF COURT



                                    By:  <u>  PAUL S. LYNESS  </u>
                                            **Deputy Clerk**


**Notice mailed to:**

**(Default Notice.wpd - 2/2000)** **[ntcdflt.]**