UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION, AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br><br>Plaintiffs<br><br>vs.<br><br>LITTLETON ENVIRONMENTAL SERVICES, INC.,<br><br>Defendant | C.A. No. 04-10140-GAO |

### AFFIDAVIT OF JAMES P. BUCCI

I, James P. Bucci, under oath and of my own personal knowledge, hereby depose and state as follows:

1. I am the Field Representative for the International Union of Operating Engineers Local 4 Health and Welfare, Pension, Annuity, and Apprenticeship and Training Funds ("the Funds"). In my capacity as Field Representative, I am familiar with the day to day operations of the Funds and with the collective bargaining agreements, plan documents, employer contribution reports, and other documents relative to the Funds.

2. The Funds are multiemployer plans. Employers contribute to the Funds pursuant to the terms of the plan documents and collective bargaining agreements.

3. Since May of 2002, Littleton Environmental Services, Inc. ("Littleton") has been signatory to agreements requiring contributions to the Funds on behalf of its Local 4 employees.

4. Contribution rates for the Funds are set forth in the applicable wage schedules, true and correct copies of which are attached as Exhibits 1A and 1B.

5. The applicable collective bargaining agreement provides for the assessment of interest at the rate of one percent (1%) per month on delinquent contributions to the Funds. A true and correct copy of Article XI, Section 4 of the collective bargaining agreement is attached as Exhibit 2. There are no provisions for liquidated damages in the collective bargaining agreement or the plan documents.

6. Littleton failed to make all contributions due under the terms of the collective bargaining agreement for the period from May of 2002 through February of 2003. On April 2, 2003, Littleton agreed to a payment schedule to resolve these delinquencies. A true and correct copy of this signed payment schedule is attached as Exhibit 3.

7. Littleton failed to make all payments due under the payment schedule, leaving a balance of $69,628.00.

8. Littleton failed to make all contributions due under the terms of the collective bargaining agreement for the period from March of 2003 through December of 2003. A document showing the amounts of contributions ("benefits") owed and interest due in connection with various jobs is attached as Exhibit 4.

9. Based upon the information available to the Funds at this time, the total amount of contributions due is $464,941.73. The amount of interest owed as of July 31, 2004, as computed in accordance with Article XI, Section 4 of the collective bargaining agreement, is $54,066.74.

10. The applicable collective bargaining agreement also requires employers to deduct and remit union dues to International Union of Operating Engineers Local 4 (Local 4) and to deduct and remit voluntary contributions to the Social and Political Action Committee's (SAC/PAC) Funds administered by Local 4. True and correct copies of Articles XIV and XV of the collective bargaining agreement are attached as Exhibit 5.

11. The dues and the SAC/PAC payments referred to in paragraph 10, above, are remitted to the Funds office and forwarded to Local 4 and the SAC/PAC Funds. During the period from March of 2003 through December of 2003, Littleton failed to remit union dues in the amount of $18,168.86 and SAC/PAC contributions in the amount of $941.28. See Exhibit 4.

12. Based upon the information available to the Funds at this time, the total amount due to the plaintiffs from Littleton for the period of May of 2002 through December of 2003 is $538,118.61, consisting of delinquent benefit fund contributions in the amount of $464,941.73, interest on these delinquent benefit fund contributions in the amount of $54,066.74, unpaid union dues in the amount of $18,168.86, and unpaid SAC/PAC contributions in the amount of $941.28.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
_____22nd_____ DAY OF JULY 2004.

_____
James P. Bucci