# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 26  P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,  )
as they are TRUSTEES, INTERNATIONAL UNION  )
OF OPERATING ENGINEERS LOCAL 4 HEALTH  )
AND WELFARE, PENSION, AND ANNUITY FUNDS,  )
and LOUIS G. RASETTA and CHRISTOPHER  )
BARLETTA, as they are TRUSTEES, HOISTING AND  )
PORTABLE ENGINEERS LOCAL 4 APPRENTICE  )
AND TRAINING FUNDS and INTERNATIONAL  )
UNION OF OPERATING ENGINEERS, LOCAL 4,  )   C.A. No. 04-10140-GAO
  )
                              Plaintiffs  )
  )
vs.  )
  )
LITTLETON ENVIRONMENTAL SERVICES INC.  )
  )
                              Defendant  )

## AFFIDAVIT OF RANDALL E. NASH

I, Randall E. Nash, under oath and of my own personal knowledge, hereby depose and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I maintain an office at 11 Beacon Street, Suite 500, Boston, Massachusetts. I am over 18 years of age.

2. I am the duly authorized agent of the plaintiffs and their attorney of record. As such, I have full knowledge of the facts relating to this matter.

3. According to information on file with the Secretary of the Commonwealth of Massachusetts, Defendant Littleton Environmental Services, Inc. is a corporation.

4. On the basis of the facts set forth above, this affiant says that the party against whom default is sought is not an infant or incompetent person.

5.  On the basis of the facts set forth above, this affiant says that the defendant is not in the military service.

6.  To date, the plaintiffs have incurred attorney's fees and costs totaling $3,018.46. A true and correct statement of my attorney's fees and costs is attached as Exhibit 1.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF JULY, 2004.

_____
Randall E. Nash

# RANDALL E. NASH

### ATTORNEY AT LAW

11 BEACON STREET, SUITE 500
BOSTON, MASSACHUSETTS 02108
Telephone 617-742-5511
Fax 617-742-2187
E-mail  nash875@earthlink.net

Admitted to Practice in Massachusetts and Maine

*South Shore Office*

166 SCHOOSETT STREET
SUITE 2B
ROUTE 139
PEMBROKE, MA 02359
Telephone  781-829-2075
Fax  781-829-2076

## STATEMENT OF PROFESSIONAL SERVICES RENDERED:

### 1004.1011/Littleton Environmental

| | | |
|---|---|---|
| 12/2/03 | Received and reviewed information from J. Bucci re:  Littleton delinquency and request for opinion re: job shut down; voice mail to J. Bucci | 0.40 |
| 12/3/03 | Telephone conference with J. Bucci re:  job shut down and potential bond claim issue; work on letter re:  same | 0.40 |
| 12/22/03 | Obtained corporate information from Secretary of State; work on complaint; work on asset search | 0.40 |
| 12/31/03 | Received and reviewed asset search report | 0.30 |
| 1/9/04 | Work on complaint; voice mail to J. Bucci re:  damages issue | 0.30 |
| 1/14/04 | Telephone conference with J. Bucci re:  prior payment schedule, damages, and case status; work on complaint | 0.40 |
| 1/16/04 | Work on complaint | 0.50 |
| 1/20/04 | Final preparation and filing of complaint and related materials | 0.40 |
| 1/26/04 | Received and reviewed copy of complaint as docketed and original summons | 0.10 |
| 1/30/04 | Arranged for service of summons and complaint; letter to Sheriff's office re:  same | 0.10 |
| 2/19/04 | Letter to court filing summons and return of service | 0.10 |
| 3/3/04 | Review of court docket; voice mail to J. Bucci re:  employer's failure to answer and need for calculation of damages | 0.10 |

**EXHIBIT 1**

| 3/10/04 | Work on request for entry of defaultt and affidavit | 0.30 |
|---|---|---|
| 3/12/04 | Final preparation and filing of request for default and supporting affidavit | 0.10 |
| 6/21/04 | Review of docket re: status of request for default; voice mail to P. Lyness (Courtroom Deputy) re:  same | 0.20 |
| 6/22/04 | Telephone conference with P. Lyness re:  status and pending clerk's notice of default | 0.10 |
| 6/25/04 | Received and reviewed e-mail from court re:  entry of default and standing order | 0.10 |
| 7/6/04 | Received and reviewed letter from J. Bucci re:  interest calculations | 0.10 |
| 7/15/04 | Analysis of interest calculations; voice mail to J. Bucci | 0.20 |
| 7/16/04 | Telephone conference with J. Bucci re:  affidavit and information needed; telephone conference with L. Dillon re:  contributions and interest | 0.30 |
| 7/17/04 | Work on Bucci affidavit | 0.3 |
| 7/19/04 | Work on Bucci affidavit; voice mail to J. Bucci re: same; received and reviewed info from L. Dillon re: amounts due | 0.5 |
| 7/20/04 | Work on Bucci affidavit; analysis of contribution info and amounts due; telephone conferences with J. Bucci and L. Dillon re: same | 1.8 |
| 7/21/04 | Telephone conferences with L. Dillon re: calculation of contributions owed; voice mail to J. Bucci re: affidavit | 0.2 |
| 7/22/04 | Received and reviewed info from L. Dillon re: final calculation of amounts due;  telephone conference with J. Bucci re: affidavit; work on motion, supporting memo, Nash affidavit and form of judgment;  meeting with J. Bucci in Randolph re: review and execution of affidavit;  final preparation and filing of motion for default judgment and supporting materials | 4.8 |

Total Fees:              12.5hrs.  @ $215.00/hr. = $2687.50

Disbursements:

|  |  |
|---|---|
| Filing Fee- | $150.00 |
| Asset Searches- | $125.00 |
| Service of Process – | $ 55.96 |

| Total Fees: | $2687.50 |
|---|---|
| Total Disbursements: | $ 330.96 |

| Total Due: | $3018.46 |
|---|---|