# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM RYAN, ET AL
        Plaintiff(s)

v.   CIVIL ACTION NO. 04-10140-GAO

LITTLETON ENVIRONMENTAL SERVICES, INC.
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That default judgment is entered in favor of the plaintiffs in the total amount of $595,203.81 with post-judgment interest as provided by law.

TONY ANASTAS,
CLERK OF COURT

Dated: 8/13/04

By Paul S. Lyness
      Deputy Clerk

NOTE: The post judgment interest rate effective this date is 2.07 %.

(Judgment Civil.wpd - 11/98)  [jgm.]